No. 02A1048 (03–133). FERRO v. UNITED STATES. C. A. 8th Cir. Application for stay of mandate pending disposition of the

petition for writ of certiorari, addressed to JUSTICE BREYER and referred to the Court, denied.